a new trial. Judgment reversed and new trial granted, costs to abide the event. Stapleton, Mills, Rich, Putnam and Blackmar, JJ., concurred.

JOHANNA HAGUE, Appellant, v. CHARLES B. SHANKS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

JAMES HAGUE, Appellant, v. CHARLES B. SHANKS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

ARTHUR P. HEINZE, as Administrator, etc., Appellant, v. WALTER A. FULLERTON, as Administrator, etc., Respondent.— Interlocutory judgment affirmed, with costs, and final judgment ordered for defendant, with costs. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

EUGENE HORTON, Respondent, v. THE HAYES COMPANY and Others, Appellants, Impleaded with Another. (Appeal No. 1.) — Order reversed so far as it restrains defendants voting upon the stock of the Hayes Company, from voting as directors of the Hayes Company, or from voting the stock held by the Hayes Company in the Howell-Hinchman Company, but such voting may not be done in furtherance of any act otherwise forbidden in the order. Defendants enjoined from entering into any engagement in any way enlarging in time or amount any salaries or compensation to any officer or director of the Howell-Hinchman Company, or from doing any act in the management of the Howell-Hinchman Company that is not in the course of the usual business of that company. Order as so modified affirmed, without costs. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred. Order to be settled before Mr. Justice Thomas.

EUGENE HORTON, Respondent, v. THE HAYES COMPANY and Others, Appellants, Impleaded with Another. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., for the Opening and Extending of Fifty-fifth Street, from Sixteenth Avenue to Nineteenth Avenue, etc. Estate of ALFRED ELLERN, Appellant; OTTO THURNAUER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to confirm assessment granted, with ten dollars costs, upon the ground that the advantages obtained by benefit parcel 173 justified the assessment of it, in that the opening of Fifty-fourth street makes parcel 173 a corner lot, with increased area for development and with opportunity for development of an interior lot on Fifty-fourth street where none existed, besides another interior lot on Eighteenth avenue. The record reveals no error in the assessment of the Ellern parcel. Thomas, Mills and Rich, JJ., concurred; Jenks, P. J., and Stapleton, J., voted to affirm on the opinion of Mr. Justice Cropsey at Special Term (98 Misc. Rep. 156).

In the Matter of the Petition of HYMAN SONN and HENRY SONN, Appellants, to Compel MARY E. CASTELLANO, Respondent, to Render and Have Judicially Settled Her Account as Administratrix de Bonis Non of PHILIP